1  AARON D. FORD
   Attorney General
2  ANDREW C. NELSON, Bar No. 15971
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel: (775) 684-1227
5  E-mail: acnelson@ag.nv.gov

6  *Attorneys for Defendants*
   *Renee Baker, Tara Carpenter,*
7  *E.K. McDaniel, Dwight Neven, and David Tristan*

8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11

12  BRENDAN JAMES NASBY                          Case No. 3:20-cv-00231-RFB-CSD

13              Plaintiff,

14   v.                                          **ORDER GRANTING MOTION FOR
                                                 EXTENSION OF TIME TO FILE
15  STATE OF NEVADA, *et al.*,                   DEFENDANTS' DISPOSITIVE
                                                 MOTIONS**
16              Defendants.                      **(First Request)**

17

18          Defendants Renee Baker, Tara Carpenter, E.K. McDaniel, Dwight Neven, and

19  David Tristan, by and through counsel, Aaron D. Ford, Attorney General of the State of

20  Nevada, and Andrew C. Nelson, Deputy Attorney General, hereby moves this Court for an

21  extension of time to file their Dispositive Motions. This Motion is made and based upon

22  Federal Rule of Civil Procedure 6(b)(1)(A), the attached Points and Authorities, the papers

23  and pleadings on file herein, and such other and further information as this Court may

24  deem appropriate.

25              **MEMORANDUM OF POINTS AND AUTHORITIES**

26  **I.    FACTUAL BACKGROUND**

27          This is an inmate civil rights actions brought by Plaintiff, Brendan James Nasby

28  ("Nasby"), pursuant to 42 U.S.C. § 1983. This Court granted Plaintiff's Motion for

Extension of Time (ECF No. 25) setting a deadline for dispositive motions of September 14, 2022. (ECF. No 32 at 2:23).

## II.    ARGUMENT

Defendants respectfully request an extension of time from the current deadline (**September 14, 2022**) to file their Dispositive Motions. Counsel for Defendants, Lance C. White, Senior Deputy Attorney General, is no longer working for the Office of the Attorney General. The Defendants request a sixty (60) day extension from September 14, 2022, since the Office of the Attorney General will be reassigning this case to counsel unfamiliar with the facts. Defendants provide the following information in accordance with Local Rule IA 6-1.

### A.    Discovery Completed

- Defendant Baker's Response to Plaintiff's Request for Production of Documents (Set One)
- Defendant Carpenter's Response to Plaintiff's Request for Production of Documents (Set One)
- Defendant McDaniel's Response to Plaintiff's Request for Production of Documents (Set One)
- Defendant Neven's Response to Plaintiff's Request for Production of Documents (Set One)
- Defendant Neven's Response to Interrogatories (Set One)
- Defendant Tristan's Response to Plaintiff's Request for Production of Documents (Set One)
- Defendant Baker's Response to Interrogatories (Set One)
- Defendant Carpenter's Responses to Plaintiff's Request for Admissions (Set One)

### B.    Discovery that Remains to be Completed

- Discovery is closed

/ / /

1   **C.    Reasons Why the Deadlines were not Satisfied**

2   • No additional discovery is needed in this matter

3   **D.    Proposed Deadlines**

4   • Dispositive Motions Deadline: November 14, 2022

5   • Joint Pretrial Order (if no dispositive motions filed): December 14, 2022

6   **E.    Good Cause Supports this Request**

7   Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as

8   follows:

9   
10  > This Court should find good cause supports this request. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect. Additionally, Defendants do not have time to confer with the Plaintiff, before the deadline, in order to obtain his consent for the requested extension.
11  
12  
13  

14  Defendants' request is timely and will not hinder or prejudice Plaintiff's case, and

15  will allow new Counsel an opportunity for a thorough review of the case before Summary

16  Judgment. The requested extension of time will permit Defendants to file a well-researched

17  and proper motions in this case. Defendants' named counsel is no longer at the Office and

18  new counsel will be assigned to the matter and begin preparing any dispositive motions.

19  Therefore, the Defendants request additional time to prepare for the dispositive motions

20  deadline.

21  **III.   CONCLUSION**

22  Defendants request this Court extend the deadline for dispositive motions in this

23  matter. Defendants assert that the requisite good cause is present to warrant an extension

24  of time, given the recent changes in personnel. The request is timely. Therefore, the

25  / / /

26  / / /

27  / / /

28  / / /

1  Defendants request additional time, up and until **November 14, 2022**, to file dispositive

2  motions in this matter.

3        DATED this 13th day of September, 2022.

4                                         AARON D. FORD
                                          Attorney General
5

6                                   By:   /s/ *Andrew C. Nelson*
                                          Andrew C. Nelson, Bar No. 15971
7                                            Deputy Attorney General

8                                         *Attorneys for Defendants*

9

10

   IT IS SO ORDERED.
11

   DATED: September 14,  2022.
12

13                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28