# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRENDAN JAMES NASBY,

                    Plaintiff,

  v.

STATE OF NEVADA, et al.,

                    Defendants.

3:20-cv-00231-RFB-CSD

**ORDER RE: SERVICE OF PROCESS**

Pursuant to the court's orders (ECF Nos. 41 and 44), the Office of the Attorney General filed a Notice of Acceptance of Service accepting service on behalf of Defendants Renee Baker, Tara Carpenter, E.K. McDaniel, Dwight Neven, David Tristan, and Benedicto A. Gutierrez. (ECF No. 45.) The Office did not accept service of process on behalf of Defendants Jackie Crawford, Rusty Donnelly and Kenneth Triggs, who are no longer employees of the Nevada Department of Corrections. However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 46.)

The Clerk shall ISSUE summonses for **Jackie Crawford, Rusty Donnelly** and **Kenneth Triggs** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 46.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 42), the screening order, (ECF No. 41), and this order to the U.S. Marshal for service on the Defendants. The court will separately provide to the U.S. Marshal completed USM-285 forms for each Defendant.

DATED:  October 27, 2022.



                    UNITED STATES MAGISTRATE JUDGE

1