# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN JAMES NASBY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　Defendants. | 3:20-cv-00231-RFB-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 52 |

Before the court is Plaintiff's Request to Correct Mistake in Filing First Amended Complaint (ECF No. 52).  Plaintiff states that a scanning error was made when his First Amended Complaint was filed as it appears the document is 125 pages and should only be 95 pages in length.

The court has compared the two documents and it appears that there were extra pages added to Exhibits A and B that should be removed.

Plaintiff's Request to Correct Mistake in Filing First Amended Complaint (ECF No. 52) is **<u>GRANTED</u>** to the extent that the Clerk shall detach Plaintiff's First Amended Complaint from the motion and file it next in order.

**IT IS SO ORDERED.**

DATED:  November 8, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1