# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN JAMES NASBY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　Defendants. | 3:20-cv-00231-RFB-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 76 |

Before the court is Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment. (ECF No. 76.) Defendants have filed a Non-Opposition to Plaintiff's Motion. (ECF No. 77.)

Good cause appearing, Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 76) is **GRANTED** to the extent that Plaintiff shall have to and including **August 25, 2023**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 74).

**IT IS SO ORDERED.**

DATED:  July 26, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE