**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDAN JAMES NASBY,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF NEVADA, et al.,<br><br>          Defendants. | 3:20-cv-00231-RFB-CSD<br><br>**ORDER**<br><br>Re: ECF No. 79 |

Before the court is Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment. (ECF No. 79.) Defendants have filed a Non-Opposition to Plaintiff's Motion. (ECF No. 80.)

Good cause appearing, Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 79) is **GRANTED** to the extent that Plaintiff shall have to and including **October 24, 2023**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 74). **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

**IT IS SO ORDERED.**

DATED: August 28, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1